# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | |
|---|---|
| ROBIN RHODES | |
| PLAINTIFF | |
| V. | CASE NO. 4:16CV00433 SWW |
| CENTRAL ARKANSAS REHABILITATION ASSOCIATES, L.P., d/b/a ST. VINCENT REHABILITATION HOSPITAL | |
| DEFENDANT | |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 11TH DAY OF SEPTEMBER, 2017.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE